# Court of Appeals
# of the State of Georgia

ATLANTA,__March 11, 2024_____

*The Court of Appeals hereby passes the following order:*

A24A1100. IN THE INTEREST OF E. M. F., et al., CHILDREN
(GRANDMOTHER).

On November 7, 2023, this Court granted Dawn Cooley's application for discretionary review. See Case No. A24D0122. This Court's order granting the application notified Cooley that she would have ten days to file a notice of appeal. See OCGA § 5-6-35 (g). Although Cooley's notice of appeal was dated November 16, 2023, and contains a certificate of service for that date, it was not filed in the juvenile court until November 20, 13 days after the order granting the application.

The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Because Cooley failed to file her notice of appeal within ten days of this Court's order granting her application, the appeal is untimely. See *Barnes v. Justis*, 223 Ga. App. 671, 671-672 (478 SE2d 402) (1996). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/11/2024_____*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*